```
____FILED    ____ENTERED
____LODGED   ____RECEIVED

     MAY 18 2009
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```



08-CV-00620-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY R. HOZA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | Case No. 08-cv-620-JLR<br><br>ORDER REMANDING CASE |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

1  (3) The Clerk of the Court is directed to send copies of this Order to the parties and
2  to Judge Donohue.
3  DATED this 18th day of May, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER REMANDING CASE
PAGE - 2